UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 21 2005

MARY A. CATTERSON, CLERK
U.S. COURT OF APPEALS



|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>ROY TOVES CABACCANG; RICHARD T. CABACCANG; JAMES CABACCANG,<br><br>Defendants - Appellants. | Nos. 05-10352, 05-10353, 05-10354<br><br>D.C. Nos. CR-97-00095-DOC<br><br>District of Guam,<br>Agana<br><br>ORDER |

FILED

DISTRICT COURT OF GUAM

NOV 28 2005

MARY L.M. MORAN
CLERK OF COURT

Before: Peter L. Shaw, Appellate Commissioner

The motion of Louie J. Yanza, Esq., 115 Hesler Place, Ground Floor,

Hagåtña, Guam 96910, (671) 477-7059, to be relieved as counsel for appellant

Roy Toves Cabaccang, in appeal no. 05-10352, is granted. Appellant Roy Toves

Cabaccang's motion for appointment of new counsel is granted. New counsel will

be appointed by separate order for appeal no. 05-10352.

The Clerk shall serve a copy of this order by facsimile transmission on

Renee Martinez, Deputy Clerk, District Court of Guam, Office of the Clerk, 4th

Floor, United States Courthouse, 520 W. Soledad Avenue, Hagatna, Guam 96910,

(FAX: 671- 473-9152), who will locate appointed counsel. The district court shall

provide this court with the name and address of appointed counsel within 14 days of locating counsel.

The certificate of record was filed on July 25, 2005. Accordingly, the following briefing schedule shall govern these consolidated appeals: the opening briefs and excerpts of record are due February 6, 2006; appellee's consolidated answering brief is due March 8, 2006; and the optional reply briefs are due within 14 days after service of the consolidated answering brief.

All parties on a side are encouraged to join in a single brief to the greatest extent practicable. *See* Fed. R. App. P. 28(i); 9th Cir. R. 28-4.

_____
General Order 6.3(e)