James Cabaccang
#09186-112
USP Atwater
Atwater, CA 95301

Roy T. Cabaccang
#01393-093
FCI II Adelanto
Adelanto, CA 92301

Richard Cabaccang
#01421-093
U.S.P. Adelanto
Adelanto, CA 92301

Petitioners Pro Se

United States District Court
District of Guam

| | |
|---|---|
| James Cabaccang, Roy T. Cabaccang, Richard Cabaccang, Petitioners, v. United States of America Respondent. | Case# DC-CR-97-00095-1-JSU DC-CR-97-00095-2-JSU DC-CR-97-00095-3-JSU Motion for an Extension of Time to File Petitioners Motion Pursuant to 28 U.S.C. § 2255 |

FILED
DISTRICT COURT OF GUAM
SEP 03 2008
JEANNE G. QUINATA
Clerk of Court

Petitioners James Cabaccang, Roy T. Cabaccang, and Richard Cabaccang, ("hereinafter Petitioners"), in Pro Se, hereby move for an order (i) extending the time to file their motion pursuant to 28 U.S.C. § 2255 from October 12, 2008 to December 12, 2008 and (ii) for leave to file a Joint Statement of Fact with a Consolidated Memorandum of Law and Points and Authorities due to the fact of a lockdown at the United States Penitentiary - Atwater that prevented Petitioners to have access to their legal material and to use the Research Center at the Law Library.

This motion is based on the record and files in this case, the attached Declaration of James Cabaccang.

## REASONS FOR GRANTING THE MOTION

On June 20, 2008, due to a major incident, the authorities at the U.S.P.-Atwater call for a total lockdown of the institution. At that time Petitioner, James Capaccang, was diligently working in his and his brothers, Roy and Richard Capaccang, Motion to Vacate, Set Aside, or Correct a Sentence pursuant to 28 U.S.C. § 2255. Since their cases were consolidated during the direct appeal and because James was familiar in legal research and writing, James was working in consolidating the motion to be presented in front of this Honorable Court.

Unfortunately, because of the incident

(2)

above mentioned, Petitioner James Cabaccang, was separated from his legal material and confined to his cell for 24 hours preventing him to continue work in his an his Brothers motion.

At the time of this writing, and in an abundance of caution, Petitioner respectfully request that the time of the lockdown, 2 months plus, be equitable tolled to his time and permit him to finish with his and his Brothers motion.

Petitioner James Cabaccang would like to mention that him was not involved in any way in the incident and that honestly regret what transpired.

(4)

Petitioner still lockdown in his cell at this time. Denying Petitioners of this request will amounted to shorten their time to 10 months instead the mandatory 12 months that everone else is entitled to file their 2255 motion.

Depriving Petitioners of the lockdown time seems unfair and arbitrary due to the fact that Petitioners are currently complying with a stiff life sentences.

Wherefore, Petitioner, in fairness respectfully request that this Honorable Court grant their request and extend the time to file their § 2255 motion

(5)

UNTIL DECEMBER 12, 2008.

DATED: AUGUST 23, 2008

RESPECTFULLY SUBMITTED,

JAMES CABACCANG

## DECLARATION OF JAMES CABACCANG

1. I, James Cabaccang, attest the following

2. That on or about June 20, 2008, I was ordered by prison officials to lock in my cell.

3. That at that time I was working in preparing a motion under 28 U.S.C. § 2255 for myself and my brothers Roy T. Cabaccang and Richard Cabaccang.

4. That since June 20, 2008, due to security reasons and procedure I was confined in my cell away from my legal material and unable to continue in the preparation of the above mentioned motion.

5. That the lockdown still in full force and I am still separated of my legal material and unable to conduct any research to finish with the motions.

6. I attest the above mentioned under the penalty of perjury pursuant to 28 USC § 1746.

Respectfully Submitted

Dated this 23th of August 2008

James Cabaccang

(7)

JAMES CABACCANG
REG. No 04186-112
UNITED STATES PENITENTIARY
P.O. BOX 019001
ATWATER, CA 95301

LEGAL MAIL

**RECEIVED**
SEP 03 2008
DISTRICT COURT OF GUAM
HAGATNA, GUAM

CLERK OF THE COURT
DISTRICT COURT OF GUAM
520 W. SOLEDAD AVENUE
HAGATNA, GU 96910

